IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 91-90-02-PA |
| ) | |
| v. ) | ORDER FOR DESTRUCTION |
| ) | OF DEFENDANT'S PROPERTY |
| TONY GLENN CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

On January 21, 1992, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 146 months following his plea of guilty to Bank Robbery. Defendant's supervision was revoked on two occasions: August 20, 2002, and June 18, 2003. On January 16, 2004, defendant commenced his last term of supervised release. Defendant returned to the Portland Progress House on February 1, 2004, in possession of an air pistol and a knife with a blade greater than 3-1/2 inches. On February 19, 2004, the Court revoked defendant's supervised release for the technical violation of failing to reside in and participate in the program of a community corrections center as directed by the probation officer and use of controlled substances. The Court made no finding as to defendant's possession of a dangerous weapon.

/ / / /

*ORDER—CRAWFORD, Tony Glenn, Page 1*

**IT IS ORDERED** defendant's seized property of an air pistol and knife shall be surrendered to the U.S. Marshals Service to be destroyed.

**DATED** this ___10___ day of May, 2007.

*Owen M. Panner* (signature)

The Honorable Owen M. Panner
Senior U.S. District Judge

*ORDER—CRAWFORD, Tony Glenn, Page 2*